UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14048-CR-CANNON/MAYNARD(s)
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2252(a)(4)(B) &(b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA,

v.

ELIJAH SHAW and
DUSTIN SINGLETON,

Defendants.
_____/

FILED BY_____ D.C.

SEP 2 2 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### Production of Visual Depictions Involving Sexual Exploitation of Minors
### (18 U.S.C. §§ 2251(a) & (e))

On or about January 31, 2022, in St. Lucie County, in the Southern District of Florida, the defendants,

**ELIJAH SHAW and
DUSTIN SINGLETON,**

did use, persuade, induce, entice, and coerce, a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and (e) and 2.

## COUNT TWO
**Production of Visual Depictions Involving Sexual Exploitation of Minors**
**(18 U.S.C. §§ 2251(a) & (e))**

On or about April 15, 2022, in St. Lucie County, in the Southern District of Florida, the defendant,

**DUSTIN SINGLETON,**

did use, persuade, induce, entice, and coerce, a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
**Possession of Visual Depictions of Sexual Exploitation of Minors**
**(18 U.S.C. §§ 2252(a)(4)(B) & (b)(2))**

On or about April 29, 2022, in Martin County, in the Southern District of Florida, the defendant,

**DUSTIN SINGLETON,**

did knowingly possess one or more matters, that is, an One (1) white iPhone 12 Pro Max, in a clear/red case, and IMEI number 356789280211259, and One (1) red iPhone XR, and IMEI number 356432100424600, smartphones, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ELIJAH SHAW and DUSTIN SINGLETON,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in Counts One, Two and Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   a. One (1) white iPhone 12 Pro Max, within a clear/red case, and IMEI number 356789280211259; and

   b. One (1) red iPhone XR, and IMEI number 356432100424600

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code,

3

Section 2253(b).

                                               A TRUE BILL

                                               FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
CARMEN M. LINEBERGER
MANAGING ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-14048-CR-CANNON/MAYNARD (s)

v.

ELIJAH SHAW and
DUSTIN SINGLETON,

Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami   ☐ Key West   ☑ FTP
☐ FTL    ☐ WPB

New Defendant(s) (Yes or No) Yes
Number of New Defendants 1
Total number of New Counts 2

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 4 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Cannon                Case No. 22-14048-CR-CANNON/MAYNARD
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-00098-SMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                      Case No.
9. Defendant(s) in federal custody as of 8/03/2022
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the           District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
CARMEN M. LINEBERGER
Assistant United States Attorney
Court ID No.    A5501180

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14048-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA
v.

ELIJAH SHAW, and
DUSTIN SINGLETON,
                    Defendants,      /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
CARMEN M. LINEBERGER
Assistant United States Attorney
Court ID No.   A5501180
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Carmen.Lineberger@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ELIJAH SHAW

**Case No**:   22-14048-CR-CANNON/MAYNARD (s)

Count #: 1

Production of Visual Depictions Involving Sexual Exploitation of Minors, 18: 2251(a) and(e)

* **Max. Term of Imprisonment**: 30 Years
* **Mandatory Min. Term of Imprisonment (if applicable)**: 15 Years
* **Max. Supervised Release**: 5 Years to Life
* **Max. Fine**: $250,000 Fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DUSTIN SINGLETON

**Case No:** 22-14048-CR-CANNON/MAYNARD (s)

Count #: 1

Production of Visual Depictions Involving Sexual Exploitation of Minors, 18: 2251(a) and(e)

* **Max. Term of Imprisonment:** 30 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 Years
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000 Fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

Count #: 2

Production of Visual Depictions Involving Sexual Exploitation of Minors, 18: 2251(a) and(e)

* **Max. Term of Imprisonment:** 30 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 Years
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000 Fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

Count #: 3

Possession of Visual Depictions of Sexual Exploitation of Minors, 18:2252(a)(4)(B) and(b)(2)

* **Max. Term of Imprisonment:** 10 Years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 5 Years to Life
* **Max. Fine:** $250,000 Fine / $100 Special Assessment / $5,000 Special Assessment unless indigent

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.