UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14048-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DUSTIN SINGLETON**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard on Defendant Singleton's Expedited Motion to Compel Discovery [ECF No. 152]. On February 3, 2023, Magistrate Judge Maynard held an Evidentiary Hearing on the Motion [ECF Nos. 149, 151; *see* ECF No. 145]. The Court has reviewed the Report and Recommendation [ECF No. 152], the Government's Opposition [ECF No. 138], the Government's Supplemental Response to Standing Discovery Order [ECF No. 136], Defendant's Reply [ECF No. 140], the Government's Notice of No Objections to the Report [ECF No. 153], Defendant's Objections to the Report [ECF No. 155], and the full record, including the transcript of the hearing on the instant Motion [ECF No. 151]. Following such review, including Defendant's Objections [ECF No. 155] and Magistrate Judge's credibility determinations as stated in the Report and Recommendation, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 152] is **AFFIRMED AND ADOPTED**.

CASE NO. 22-14048-CR-CANNON

2. The Expedited Motion to Compel [ECF No. 127] is **DENIED AS MOOT** and/or otherwise **DENIED** for the sound reasons stated in the Report and Recommendation [ECF No. 152].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of February 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record