UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14048-CR-CANNON

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DUSTIN SINGLETON,

     Defendant.

_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Supplemental Report and Recommendation issued by Magistrate Judge Shaniek M. Maynard [ECF No. 188], which corrected two inaccuracies in an earlier Report adopted by the Court [ECF No. 161 (adopting ECF No. 152)]. The Court has reviewed the Supplemental Report and Recommendation [ECF No. 188], the Government's Notice of No Objections [ECF No. 189], Defendant's Objections [ECF No. 197], and the full record. Following such review, and in the interests of clarifying and preserving the record in this case, it is **ORDERED AND ADJUDGED** as follows:

1. The Supplemental Report and Recommendation [ECF No. 188] is **AFFIRMED AND ADOPTED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of March 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record