UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14048-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DUSTIN SINGLETON**,

    Defendant.
_____/

## ORDER REJECTING REPORT AND RECOMMENDATION AS MOOT [ECF No. 231] AND TERMINATING WITHDRAWN MOTIONS

**THIS CAUSE** comes before the Court following a Change of Plea Hearing on May 2, 2023 [ECF No. 246]. During the hearing, Defendant pled guilty to Counts 1, 2, and 5 of the Superseding Indictment and orally withdrew all of his still-pending Motions [ECF No. 81 (Motion to Suppress); ECF No. 232 (Motion to Strike)]—except his now-denied Motion for Phone Access [ECF Nos. 240, 246]. The Government, for its part, withdrew all of its pending Motions as well [ECF Nos. 56, 80].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation on Defendant's Motion to Suppress [ECF No. 231] is **REJECTED AS MOOT** and hereby **VACATED**.

2. The Clerk is directed to **TERMINATE** the following withdrawn Motions: ECF Nos. 81, 232, 240, and 246.

CASE NO. 22-14048-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record